IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:96-cr-00012-MP

JAMES WILEY NICHOLS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 33, Motion for Reconsideration of Doc. 16, the Judgment and Sentence of this Court, sentencing Mr. Nichols to 84 months imprisonment. Mr. Nichols was convicted and sentenced in 1996 and now files a motion asking the Court to reconsider his sentence. The motion does not set forth any legal basis to reconsider the sentence, however, and is therefore denied.

**DONE AND ORDERED** this  *17th*  day of October, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge