IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v. CASE NO. 1:96-cr-00012-MP

JAMES WILEY NICHOLS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 35, Motion for Reconsideration of Sentence by James Wiley Nichols. The motion by Mr. Nichols is identical to the motion he made at doc. 33, which was denied in the order at doc. 34. Mr. Nichols includes no basis for revisiting that decision. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to reconsider, doc. 35, is denied.

**DONE AND ORDERED** this  *18th*  day of July, 2007

                *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge